EXECUTION COPY

|USDS SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #: _____|
|DATE FILED: 6/18/2014|

EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EXECUZEN, LTD.,

                Plaintiff,

v.

D. S. WOLF GROUP INTERNATIONAL LTD

                Defendant.

Civil Action No.: 14-CIV- 01119 (RJS) (FM)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto, that this action, including all claims and counterclaims be, and the same hereby is, dismissed with prejudice.

Dated: June 16, 2014

GARSON, SEGAL, STEINMETZ, FLADGATE LLP
By: _____
Robert Garson
164 West 25th Street, 11 R
New York, New York 10001
(212) 380-3623

Attorneys for Plaintiff

LAZARUS & LAZARUS PC
By: _____
Harlan Lazarus
Lazarus & Lazarus, P.C.
240 Madison Avenue,
New York City, New York 10016

Attorneys for Defendant

SO ORDERED:

_____
RICHARD SULLIVAN
United States District Judge

Dated: 6/18/14

7